UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CHARLES ELLINGBURG, JR., | Case No. 3:13-CV-05200-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including, but not limited to, the following: the administrative law judge will obtain additional evidence; further evaluate the opinions in the record; determine the residual functional capacity; evaluate the credibility of Plaintiff's allegations; and determine if Plaintiff can perform his past relevant work. If Plaintiff is unable to perform his past relevant work, the Administrative Law Judge will obtain vocational expert evidence regarding the effect of Plaintiff's nonexertional limitations on the occupational base.

Page 1    ORDER OF REMAND - [3:13-CV-05200-KLS]

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 20th day of August, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2112
Fax:  (206) 615-2531
thomas.elsberry@ssa.gov